511 P.2d 751

**Domingo FUENTES, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 9757.

Supreme Court of New Mexico.

June 15, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1064, 85 N.M. 274, 511 P.2d 760 be and the same is hereby returned to the Clerk of the Court of Appeals.

511 P.2d 751

**Seth O. SPARKS, Petitioner,**

v.

**CITY OF HOBBS, Respondent.**

No. 9764.

Supreme Court of New Mexico.

June 28, 1973.

Original Proceeding on Certiorari

Ordered that Petition for Writ of Certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1131, 85 N.M. 277, 511 P.2d 763 be and the same is hereby returned to the Clerk of the Court of Appeals.